September 17, 1964

Ovecka, Appellant, v. Billingham.

Argued June 10, 1964. *H. Rank Bickel, Jr.,* for appellant; *L. E. Meyer,* with him *C. V. Henry, III,* for appellee.

Judgment affirmed.

Veterans of Foreign Wars Post 6068 et al., Appellants, v. Sullivan County School District.

Argued June 10, 1964. *E. Charles Coslett,* with him *Cardoni, Gallagher, Coslett & Sobota,* for appellants; *Charles M. Kschinka,* with him *Kenneth B. Lee,* for appellee.

Order affirmed.

September 30, 1964

Aukerman Unemployment Compensation Case.

Argued September 17, 1964. *Marjorie A. Aukerman,* appellant, in propria persona, submitted a brief; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.